| | |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| | United States Attorney |
| 2 | KEVIN C. KHASIGIAN |
| | Assistant U. S. Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA  95814 |
| 4 | Telephone:  (916) 554-2700 |

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:14-MC-00057-JAM-EFB |
| Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
| v. | |
| APPROXIMATELY $233,787.00 SEIZED FROM WELLS FARGO BANK ACCOUNT NUMBER 1010216755170, | |
| APPROXIMATELY $52,631.60 SEIZED FROM GOLDEN 1 CREDIT UNION ACCOUNT NUMBER 1202754, | |
| APPROXIMATELY $14,469.24 SEIZED FROM CALIFORNIA COMMUNITY CREDIT UNION ACCOUNT NUMBER 14240, | |
| APPROXIMATELY $5,853.37 SEIZED FROM SCHOOLS FINANCIAL CREDIT UNION ACCOUNT NUMBER 30746521, | |
| APPROXIMATELY $6,158.20 SEIZED FROM SCHOOLS FINANCIAL CREDIT UNION ACCOUNT NUMBER 30746520, and | |
| APPROXIMATELY $28,696.00 IN U.S. CURRENCY, | |
| Defendants. | |

1

It is hereby stipulated by and between the United States of America and claimants Dale Garrett, Debora Ann Garrett, Damien Anthony Diaz, and Gabriel Joseph Diaz ("claimants"), by and through their respective counsel, as follows:

1.      On or about January 24, 2014, claimants filed claims in the administrative forfeiture proceeding with the Drug Enforcement Administration with respect to the Approximately $233,787.00 seized from Wells Fargo Bank Account Number 1010216755170, Approximately $52,631.60 seized from Golden 1 Credit Union Account Number 1202754, Approximately $14,469.24 seized from California Community Credit Union Account Number 14240, Approximately $5,853.37 seized from Schools Financial Credit Union Account Number 30746521, Approximately $6,158.20 seized from Schools Financial Credit Union Account Number 30746520, and Approximately $28,696.00 in U.S. Currency (hereafter "defendant funds"), which were seized on or about October 8, 2013.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any person to file a claim to the defendant funds under 18 U.S.C. § 983(a)(2)(A)-(E), and no person other than claimants has filed a claim to the defendant funds as required by law in the administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline was April 24, 2014.

4.      By Stipulation and Order filed May 16, 2014, the parties stipulated to extend to July 23, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

5.      By Stipulation and Order filed July 22, 2014, the parties stipulated to extend to October 21, 2014, the time in which the United States is required to file a civil complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

6.      By Stipulation and Order filed October 20, 2014, the parties stipulated to extend to

Stipulation and Order to Extend Time

1  January 20, 2015, the time in which the United States is required to file a civil complaint for forfeiture
2  against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to
3  forfeiture.

4       7.     By Stipulation and Order filed January 16, 2015, the parties stipulated to extend to April
5  20, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the
6  defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

7       8.     By Stipulation and Order filed April 15, 2015, the parties stipulated to extend to July 20,
8  2015, the time in which the United States is required to file a civil complaint for forfeiture against the
9  defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

10      9.     By Stipulation and Order filed July 10, 2015, the parties stipulated to extend to October
11 19, 2015, the time in which the United States is required to file a civil complaint for forfeiture against the
12 defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture.

13      10.    As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend
14 to November 18, 2015, the time in which the United States is required to file a civil complaint for
15 forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are
16 subject to forfeiture.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

3

11. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant funds and/or to obtain an indictment alleging that the defendant funds are subject to forfeiture shall be extended to November 18, 2015.

Dated: 10/19/15

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Kevin C. Khasigian
KEVIN C. KHASIGIAN
Assistant U.S. Attorney

Dated: 10/15/15

/s/ Mark Reichel
MARK REICHEL
Attorney for claimants Dale Garrett, Debora Ann Garrett, Damien Anthony Diaz, and Gabriel Joseph Diaz
(Authorized by email)

**IT IS SO ORDERED**.

Dated: 10/19/2015

/s/ John A. Mendez
JOHN A. MENDEZ
United States District Court Judge

4

Stipulation and Order to Extend Time